**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Earth Energy Renewables, LLC** <br> Name | EIN **46–1266509** |
| United States Bankruptcy Court **Western District of Texas** <br> Case number: **20–51780–rbk** | | Date case filed for chapter **11   10/20/20** |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Earth Energy Renewables, LLC | |
| 2. | **All other names used in the last 8 years** | fbda EE–Terrabon Biofuels, LLC | |
| 3. | **Address** | Po Box 2185 <br> Attn Jeff Wooley, Manager <br> Canyon Lake, TX 78133–0009 | |
| 4. | **Debtor's attorney** <br> Name and address | Frank B. Lyon <br> Two Far West Plaza #170 <br> 3508 Far West Blvd. <br> Austin, TX 78731 | Contact phone  (512) 345–8964 <br><br> Email:  franklyon@me.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Eric Terry <br> Eric Terry Law, PLLC <br> 3511 Broadway <br> San Antonio, TX 78209 | Contact phone  (210) 468–8274 <br><br> Email:  eric@ericterrylaw.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597 <br> SAN ANTONIO, TX 78205 | Hours open: <br> Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone  (210) 472–6720 <br><br> Date: 10/23/20 |

**For more information, see page 2 >**

Debtor   **Earth Energy Renewables, LLC**                                    Case number   **20–51780–rbk**

| | | |
|---|---|---|
| **7.**  **Meeting of creditors**<br> The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 20, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Phone:(866)909–2905; Code: 5519921#** |

| | | |
|---|---|---|
| **8.  Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 12/29/20 |
| | **For a governmental unit:** | Provided in Fed. R. Bankr. P. 3002 (c)(1)): *not later than 180 days after the date of the order for relief)* |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |

| | |
|---|---|
| **9.  Exception to discharge deadline**<br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**            _____ |

| | |
|---|---|
| **10.  Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **11.  Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

| | |
|---|---|
| **12.  Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court

Western District of Texas

In re:

Earth Energy Renewables, LLC

    Debtor(s)

Case No. 20-51780-rbk

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: esquivelm | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 309F2 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Earth Energy Renewables, LLC, Po Box 2185, Attn Jeff Wooley, Manager, Canyon Lake, TX 78133-0009 |
| aty | + | John P. Melko, Foley Gardere/Foley & Lardner LLP, 1000 Louisiana, Suite 2000, Houston, TX 77002-5018 |
| tr | + | Eric Terry, Eric Terry Law, PLLC, 3511 Broadway, San Antonio, TX 78209-6513 |
| 18095095 | + | ARA EER Holdings, LLC, 5300 Memorial Dr. Ste. 500, Houston, TX 77007-8228 |
| 18095094 | | American Biochemicals, 2151 Harvey Mitchell Pkwy S, College Sta, TX 77840-5281 |
| 18096015 | + | Ara EER Holdings, LLC, c/o John P. Melko, Foley & Lardner LLP, 1000 Louisiana Street, Ste. 2000, Houston, TX 77002-5018 |
| 18095096 | | Arrow Engineering, 260 Pennsylvania Ave, Hillside, NJ 07205-2636 |
| 18095097 | | BMWK Group LLC, Po Box 6713, Bryan, TX 77805-6713 |
| 18095098 | + | Brazos County, Kristeen Roe, Tax A/c, 4151 County Park Ct, Bryan, TX 77802-1430 |
| 18095099 | | CardmemberVISA, PO Box 79408, Saint Louis, MO 63179-0408 |
| 18095100 | | Carl Frampton, 3838 Walden Estates Dr, Montgomery, TX 77356-8917 |
| 18095101 | | Concurrencies, Adriaan van Bleijenburgstraat 22, 3311LB Dordrechi, Kingdom of the Netherlands |
| 18095102 | + | Dunaway/UDG, 550 Bailey Ave, Suit..., Fort Worth, TX 76107-2155 |
| 18095103 | | Dunn Heat Exchangers, Inc, Po Box 644003, Dallas, TX 75264-4003 |
| 18095105 | | EE-TDF Cleveland LLC, 1400 S Travis Ave, Cleveland, TX 77327-8403 |
| 18095104 | | Eddie Hare, 5855 Foster Rd, Bryan, TX 77807-9771 |
| 18095106 | | Endress + Hauser, Inc, Dept 78795, Detroit, MI 48278-0795 |
| 18095107 | | Feldman Plumbing Company, Po Box 9700, College Sta, TX 77842-7700 |
| 18095108 | | First Glendenan Advisors LLC, C/O Andreas Vietor, 5128 Applegate Lane, Dallas, TX 75287 |
| 18095109 | | Frontier, 43218 Business Park Dr Ste 103, Temecula, CA 92590-3601 |
| 18095110 | + | Global Management Partners, 1701 Directors Boulevard Suite 300, Austin, TX 78744-1044 |
| 18095111 | + | Hamilton Clark Sustainable Cap, 1701 Pennsylvania Avenue NW Suite 200, Washington, DC 20006-5823 |
| 18095112 | | Jeffery Wooley, Po Box 2185, Canyon Lake, TX 78133-0009 |
| 18095113 | | John Wooley, Po Box 684707, Austin, TX 78768-4707 |
| 18095114 | | Lipid Technologies LLC, 1600 19th Ave Sw, Austin, MN 55912-1778 |
| 18095115 | | Lowes, 3255 Freedom Blvd, Bryan, TX 77802 |
| 18095116 | + | MCHAM LAW, 9414 Anderson Mill Rd, Austin, TX 78729-4428 |
| 18095117 | | Norton Rose Fulbright, Po Box 122613, Dallas, TX 75312-2613 |
| 18095118 | + | O'Keefe IP Counseling, 8127 Mesa Dr. B206-62, Austin, TX 78759-8774 |
| 18095119 | | Omeara Consulting LLC, 407 Sinclair Ave Se, Cedar Rapids, IA 52403-1828 |
| 18095120 | | Praxair, Po Box 120812, Dallas, TX 75312-0812 |
| 18095121 | | Puffer Sweiven, Po Box 301124, Dallas, TX 75303-1124 |
| 18095123 | | S-Con Services Inc, Po Box 394, Bryan, TX 77806-0394 |
| 18095122 | + | Saenz, 9155 White Creek Road, College Station, TX 77845-6123 |
| 18095124 | | Service Tech, Po Box 1101, Bryan, TX 77806-1101 |
| 18095125 | | Steven Swanson Consulting LLC, 11807 Legend Manor Dr, Houston, TX 77082-3079 |
| 18095126 | | Texas A & M University, Dept of Chemistry, Fin Mgmt Ops, AR Dept, 6000 Tamu, College Sta, TX 77843-0001 |
| 18095127 | | VWR International LLC, PO Box 640169, Pittsburgh, PA 15264-0169 |
| 18095128 | | Williams Scotsman, Inc, Po Box 91975, Chicago, IL 60693-1975 |
| 18095129 | | Zeep Incorporated, 13505 Galleria Cir Ste W-200, Austin, TX 78738 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: franklyon@me.com | | |
| | | Oct 24 2020 00:50:00 | Frank B. Lyon, Two Far West Plaza #170, 3508 |

| | | | |
|---|---|---|---|
| | | | Far West Blvd., Austin, TX 78731 |
| ust | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Oct 24 2020 00:51:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, PO Box 1539, San Antonio, TX 78295-1539 |
| 18095093 | Email/Text: odel_frett@agilent.com | Oct 24 2020 00:53:00 | Agilent Technologies, 4187 Collections Ce..., Chicago, IL 60693-0001 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020                      Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric Terry | eric@ericterrylaw.com |
| Frank B. Lyon | on behalf of Debtor Earth Energy Renewables  LLC franklyon@me.com, chris@franklyon.com;frank@franklyon.com |
| John P. Melko | on behalf of Creditor Ara EER Holdings  LLC jmelko@foley.com, dselder@foley.com;ggattis@foley.com;swilson@foley.com;rdiep@foley.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 4