| Fill in this information to identify the case: |
| --- |

| Debtor name | Earth Energy Renewables, LLC |
| --- | --- |
| United States Bankruptcy Court for the: | |
| | Western District of Texas |
| Case number (if known): | 20-51780 |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | $74.32

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 ABC Unit Transfer Account | Checking account | 0871 | $295.64 |

**Additional Page Total** - *See continuation page for additional entries* | ($80,263.36)

4. **Other cash equivalents** *(Identify all)*
   None

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | ($79,893.40)

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 Brazos Electric | $7,810.58 |
| --- | --- |

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$7,810.58**

---

**Part 3:**   Accounts receivable

---

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11.** **Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... ➔   _____
           face amount            doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ...... ➔   _____
           face amount            doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    **$0.00**

---

**Part 4:**   Investments

---

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                    % of ownership:

**None**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**None**

17. **Total of Part 4**
   Add lines 14 through 16 (including any additional sheets). Copy the total to line 83. $0.00

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   ☑ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

   None

20. **Work in progress**

   None

21. **Finished goods, including goods held for resale**

   None

22. **Other inventory or supplies**

   None

23. **Total of Part 5**
   Add lines 19 through 22 (including any additional sheets). Copy the total to line 84. $0.00

24. **Is any of the property listed in Part 5 perishable?**
   ☑ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   ☑ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

   None

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   None

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31.  Farm and fishing supplies, chemicals, and feed**

   None

**32.  Other farming and fishing-related property not already listed in Part 6**

   None

**33.  Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                                   $0.00

**34.  Is the debtor a member of an agricultural cooperative?**

   ☑No

   ☐Yes. Is any of the debtor's property stored at the cooperative?

         ☐No

         ☐Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑No

   ☐Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑No

   ☐Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑No

   ☐Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

---

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐No. Go to Part 8.

   ☑Yes. Fill in the information below.

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
| --- | --- | --- | --- |
| | Name | | |

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**39.** **Office furniture**

    **None**

**40.** **Office fixtures**

    **None**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
| --- | --- | --- | --- |
| 41.1 **16X Commercial Plant equipment** | $6,051.00 | Estimate-book value reflects cost | $3,025.50 |

    **Additional Page Total** - *See continuation page for additional entries*          $408,175.25

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    **None**

**43.** **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.          $411,200.75

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1 **2004 Chevrolet Silverado** | $0.00 | | $2,500.00 |

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49.** **Aircraft and accessories**

**None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87. $2,500.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:** Real Property

**54.** **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| 55.1 Real Estate | Fee Simple | (Unknown) | Brazos CAD | $392,745.00 |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88. $392,745.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Serial number 14/135,044 Issued as US Patent #10,662,447 | (Unknown) | | (Unknown) |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$50,000,000.00** |

**61.** **Internet domain names and websites**

   **None**

**62.** **Licenses, franchises, and royalties**

   **None**

**63.** **Customer lists, mailing lists, or other compilations**

   **None**

**64.** **Other intangibles, or intellectual property**

   **None**

**65.** **Goodwill**

   **None**

**66.** **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                          **$50,000,000.00**

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

73.1 **Indian Harbor Ins. Co. General Liability Policy**     $1.00

**Additional Page Total** - *See continuation page for additional entries*     $3.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.     $4.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
| | Name | | |

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($79,893.40) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,810.58 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $411,200.75 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................... → | | $392,745.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $4.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $50,341,621.93 | **+** 91b. $392,745.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................. | | $50,734,366.93 |

| Debtor | **Earth Energy Renewables, LLC** | | Case number *(if known)* | **20-51780** |
|---|---|---|---|---|
| | Name | | | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **ABC Operating Account** | **Checking account** | **0863** | ($80,301.63) |
| 3.3 **IBC Bank** | **Checking account** | **3513** | $38.27 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment - *Continued*** | | | |
| 41.2 **Furniture and Equipment** | $3,825.00 | Estimate-book value reflects cost | $1,500.00 |
| 41.3 **Lab Equipment** | $554,697.00 | Estimate-book value reflects cost | $100,000.00 |
| 41.4 **Total Pilot Production Equipment** | $2,011,168.00 | Estimate-book value reflects cost | $301,675.25 |
| 41.5 **Fork Lift - Ingersol Rand** | (Unknown) | Estimate | $5,000.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets - *Continued*** | | | |
| 60.2 **Patent application G** | (Unknown) | | (Unknown) |
| 60.3 **Patent application H - Nonpublication request** | (Unknown) | | (Unknown) |
| 60.4 **Patent application I - Nonpublication request** | (Unknown) | | (Unknown) |
| 60.5 **Provisional Patent A** | (Unknown) | | (Unknown) |
| 60.6 **Provisional Patent B** | (Unknown) | | (Unknown) |
| 60.7 **Provisional Patent C** | (Unknown) | | (Unknown) |
| 60.8 **Provisional Patent D** | (Unknown) | | (Unknown) |
| 60.9 **Provisional Patent E** | (Unknown) | | (Unknown) |
| 60.10 **Provisional Patent F** | (Unknown) | | (Unknown) |
| 60.11 **Technology design package for 16X plant** | $222,583.00 | | (Unknown) |
| 60.12 **Estimated value of all intellectual property, including patents and design technology** | $16,000,000.00 | Estimate | $50,000,000.00 |

| | | | Current value of debtor's interest |
|---|---|---|---|
| **73.** **Interests in insurance policies or annuities - *Continued*** | | | |
| 73.2 **Mercury County Mutual Ins. Co. - Auto** | | | $1.00 |
| 73.3 **Texas Mutual Ins. Co. - Workers Comp.** | | | $1.00 |
| 73.4 **Lloyd's of London - Property and Personal Property** | | | $1.00 |

**Fill in this information to identify the case:**

Debtor name _____ Earth Energy Renewables, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ 20-51780 _____

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
_ARA EER Holdings, LLC_

**Creditor's mailing address**
_5300 Memorial Dr. Ste. 500_
_Houston, TX 77077_

**Creditor's email address, if known**
_____

**Date debt was incurred** _1/13/2020_

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

  **For Asset: Estimated value of all intellectual property, including patents and design technology**

  **1) ARA EER Holdings, LLC**

  2) Cobb, John Spencer

  3) Nalle, Alan

**Describe debtor's property that is subject to a lien**

Estimated value of all intellectual property, including patents and design technology

Serial number 14/135,044 Issued as US Patent #10,662,447

**Describe the lien**
_Intellectual property_

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: $2,852,491.00

Column B: $50,000,000.00

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                    $3,801,182.16

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

**Creditor's name**

Brazos County

**Creditor's mailing address**

Kristeen Roe, Tax A/c

4151 County Park Ct

Bryan, TX 77802

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   **For Asset:**
   **2004 Chevrolet Silverado**

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

   **For Asset:**
   **Fork Lift - Ingersol Rand**

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     1) Cobb, John Spencer

     2) Nalle, Alan

     **3) Brazos County**

   ☐ Yes. The relative priority of creditors is specified on lines _____

   **For Asset:**
   **Furniture and Equipment**

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     1) Cobb, John Spencer

     2) Nalle, Alan

     **3) Brazos County**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**       $9,643.70       $806,445.75

2004 Chevrolet Silverado

Fork Lift - Ingersol Rand

Furniture and Equipment

Real Estate
6150 Mumford Rd Bryan, TX 77807-2455

Lab Equipment

***See continuation page.***

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No.

☐ Yes.

**Is anyone else liable on this claim?**

☑ No.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

**Part 1:** **Additional Page**

| | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Real Estate**
**6150 Mumford Rd Bryan, TX 77807-2455**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Nalle, Alan

    2) Cobb, John Spencer

    **3) Brazos County**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Lab Equipment**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Cobb, John Spencer

    2) Nalle, Alan

    **3) Brazos County**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Total Pilot Production Equipment**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**16X Commercial Plant equipment**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|--------|------------------------------|--------------------------|----------|
| | Name | | |

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |

**2.3**

**Creditor's name**

Cobb, John Spencer

**Creditor's mailing address**

10904 Enchanted Rock Cv

Austin, TX 78726-1336

**Creditor's email address, if known**

**Date debt was incurred**    1/24/2017

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Provisional Patent E**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Nalle, Alan

    **2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Provisional Patent F**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Nalle, Alan

    **2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Provisional Patent A**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Nalle, Alan

    **2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $250,000.00    $50,400,555.58

Provisional Patent E

Provisional Patent F

Provisional Patent A

Provisional Patent D

Provisional Patent B

*See continuation page.*

**Describe the lien**

Security Agreement and Deed of Trust

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**For Asset:**
**Provisional Patent D**
☑ No. Specify each creditor, including this creditor, and its relative priority.

   1) Nalle, Alan

   **2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Provisional Patent B**
☑ No. Specify each creditor, including this creditor, and its relative priority.

   1) Nalle, Alan

   **2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Provisional Patent C**
☑ No. Specify each creditor, including this creditor, and its relative priority.

   1) Nalle, Alan

   **2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Real Estate**
**6150 Mumford Rd Bryan, TX 77807-2455**
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.2___

**For Asset:**
**Patent application H - Nonpublication request**
☑ No. Specify each creditor, including this creditor, and its relative priority.

   1) Nalle, Alan

   **2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|--------|------------------------------|--------------------------|----------|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A* | *Column B* |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* — **Amount of claim** Do not deduct the value of collateral.

*Column B* — **Value of collateral that supports this claim**

**For Asset:**
**Patent application I - Nonpublication request**

☑ No. Specify each creditor, including this creditor, and its relative priority.

1) Nalle, Alan

**2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Patent application G**

☑ No. Specify each creditor, including this creditor, and its relative priority.

1) Nalle, Alan

**2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Brazos Electric**

☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) Cobb, John Spencer**

2) Nalle, Alan

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Estimated value of all intellectual property, including patents and design technology**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Technology design package for 16X plant**

☑ No. Specify each creditor, including this creditor, and its relative priority.

1) Nalle, Alan

**2) Cobb, John Spencer**

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Lien has equal priority with lien of Alan Nalle

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** | **Value of collateral that supports this claim** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | |

**2.4**

**Creditor's name**

Cobb, John Spencer

**Creditor's mailing address**

10904 Enchanted Rock Cv

Austin, TX 78726-1336

**Creditor's email address, if known**

**Date debt was incurred**    6/29/2015

**Last 4 digits of account number**    __ __   __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

    **For Asset:**
    **Furniture and Equipment**

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines    2.2

    **For Asset:**
    **Lab Equipment**

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines    2.2

    **For Asset:**
    **Fork Lift - Ingersol Rand**

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines    2.2

**Describe debtor's property that is subject to a lien**    $207,023.73    $106,500.00

Furniture and Equipment

Lab Equipment

Fork Lift - Ingersol Rand

**Describe the lien**

Security Agreement and UCC-1

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Assignee of ELF; lien has equal priority with lien of Alan Nalle

| Debtor | Earth Energy Renewables, LLC | Case number (if known) | 20-51780 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

**Creditor's name**
Nalle, Alan

**Creditor's mailing address**
54 Sundown Parkway
Austin, TX 78746

**Creditor's email address, if known**

**Date debt was incurred**  January 24, 2017

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Provisional Patent E**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**For Asset:**
**Provisional Patent A**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**For Asset:**
**Provisional Patent C**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**For Asset:**
**Patent application H - Nonpublication request**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**Describe debtor's property that is subject to a lien**
Provisional Patent E
Provisional Patent A
Provisional Patent C
Patent application H - Nonpublication request
Patent application G
*See continuation page.*

**Describe the lien**
Security Agreement and Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $275,000.00

Column B: $50,400,555.58

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A* | *Column B* |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* — **Amount of claim** Do not deduct the value of collateral.

*Column B* — **Value of collateral that supports this claim**

**For Asset:**
**Patent application G**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.3____

**For Asset:**
**Patent application I - Nonpublication request**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.3____

**For Asset:**
**Provisional Patent F**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.3____

**For Asset:**
**Provisional Patent D**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.3____

**For Asset:**
**Provisional Patent B**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.3____

**For Asset:**
**Real Estate**
**6150 Mumford Rd Bryan, TX 77807-2455**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.2____

**For Asset:**
**Brazos Electric**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.3____

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Estimated value of all intellectual property, including patents and design technology**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Technology design package for 16X plant**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**Remarks:** Lien has equal priority with lien of John Spencer Cobb

---

| 2.6 | | | | |
|---|---|---|---|---|

**Creditor's name**
Nalle, Alan

**Describe debtor's property that is subject to a lien**     $207,023.73     $106,500.00
Furniture and Equipment
Lab Equipment
Fork Lift - Ingersol Rand

**Creditor's mailing address**
54 Sundown Parkway
Austin, TX 78746

**Describe the lien**
Security Agreement and UCC-1

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred**    6/29/2015

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Furniture and Equipment**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.2___

**For Asset:**
**Lab Equipment**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.2___

---

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Fork Lift - Ingersol Rand**

☐ No. Specify each creditor, including this
   creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
   specified on lines _____2.2_____

**Remarks:** Assignee of ELF; lien has equal priority with lien of John Spencer Cobb

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Foley & Lardner<br>Attn: John Melko<br>1000 Louisiana St Ste 2000<br>Houston, TX 77002-2099 | Line ___2.1___ | ___ ___ ___ ___ |
| McCreary Veselka Bragg & Allen<br>Tara LeDay<br>PO Box 1269<br>Round Rock, TX 78680 | Line ___2.2___ | ___ ___ ___ ___ |
| Richey, Ken<br>1910 Justin Lane<br>Austin, TX 78757 | Line ___2.3___ | ___ ___ ___ ___ |
| Richey, Ken<br>1910 Justin Lane<br>Austin, TX 78757 | Line ___2.4___ | ___ ___ ___ ___ |
| Richey, Ken<br>1910 Justin Lane<br>Austin, TX 78757 | Line ___2.5___ | ___ ___ ___ ___ |
| Richey, Ken<br>1910 Justin Lane<br>Austin, TX 78757 | Line ___2.6___ | ___ ___ ___ ___ |

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

**Part 1: Additional Page**

2.

| 2.1 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | ARA EER Holdings, LLC | |

| 2.2 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Brazos County | Total Pilot Production Equipment |
| | | 16X Commercial Plant equipment |

| 2.3 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Cobb, John Spencer | Provisional Patent C |
| | | Real Estate |
| | | 6150 Mumford Rd Bryan, TX 77807-2455 |
| | | Patent application H - Nonpublication request |
| | | Patent application I - Nonpublication request |
| | | Patent application G |
| | | Brazos Electric |
| | | Estimated value of all intellectual property, including patents and design technology |
| | | Technology design package for 16X plant |

| 2.4 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Cobb, John Spencer | |

| 2.5 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Nalle, Alan | Patent application I - Nonpublication request |
| | | Provisional Patent F |
| | | Provisional Patent D |
| | | Provisional Patent B |
| | | Real Estate |
| | | 6150 Mumford Rd Bryan, TX 77807-2455 |
| | | Brazos Electric |
| | | Estimated value of all intellectual property, including patents and design technology |
| | | Technology design package for 16X plant |

| 2.6 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Nalle, Alan | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Earth Energy Renewables, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 20-51780 |

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**PO Box 7346**<br><br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br>**2Q and 3Q 2019**<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>**Payroll taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $174,309.66 | $174,309.66 |
| **2.2** Priority creditor's name and mailing address<br><br><br><br><br><br>Date or dates debt was incurred<br><br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Reihmann, Randy

6261 TIDEWATER ISLAND CIR

Fort Myers, FL 33908

Date or dates debt was incurred    10/15/2020

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.2** Nonpriority creditor's name and mailing address
Zahner, Mary

1454 260th St

Modale, IA 51556-4005

Date or dates debt was incurred    10/15/2020

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.3** Nonpriority creditor's name and mailing address
Agilent Technologies

4187 Collections Ce...

Chicago, IL 60693-0001

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,088.50

---

**3.4** Nonpriority creditor's name and mailing address
American Biochemicals

2151 Harvey Mitchell Pkwy S

College Sta, TX 77840-5281

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.5** Nonpriority creditor's name and mailing address
Arrow Engineering

260 Pennsylvania Ave

Hillside, NJ 07205-2636

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$750.94

---

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.6** Nonpriority creditor's name and mailing address
**BMWK Group LLC**

Po Box 6713

Bryan, TX 77805-6713

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$25,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**Boone Bank and Trust**

As Custodian of the Mark A. Edelman IRA

716 8th St

Boone, IA 50036-2705

Date or dates debt was incurred **10/24/2019**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$100,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Convertible Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
**Borel, James C.**

6597 Nicholas Blvd Apt 1701

Naples, FL 34108-7272

Date or dates debt was incurred **10/15/2020**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Convertible note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
CardmemberVISA

PO Box 79408

Saint Louis, MO 63179-0408

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$11,580.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
**Carl Frampton**

3838 Walden Estates Dr

Montgomery, TX 77356-8917

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$1,456.51**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.12** Nonpriority creditor's name and mailing address

**Concurrencies**

**Adriaan van Bleijenburgstraat 22**

**3311LB Dordrechi**

**Kingdom of the Netherlands,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$160,000.00**

---

**3.13** Nonpriority creditor's name and mailing address

**Craig, David**

**2905 Sylvania Dr**

**Wdm, IA 50266-2148**

Date or dates debt was incurred  **10/15/2020**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Dunaway/UDG**

**550 Bailey Ave, Suit...**

**Fort Worth, TX 76107**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,320.45**

---

**3.15** Nonpriority creditor's name and mailing address

**Dunn Heat Exchangers, Inc**

**Po Box 644003**

**Dallas, TX 75264-4003**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,196.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Eddie Hare**

**5855 Foster Rd**

**Bryan, TX 77807-9771**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$380.00**

---

| Debtor | **Earth Energy Renewables, LLC** | Case number (if known) | **20-51780** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address

EE-TDF Cleveland LLC

1400 S Travis Ave

Cleveland, TX 77327-8403

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$51,586.83

---

**3.18** Nonpriority creditor's name and mailing address

Endress + Hauser, Inc

Dept 78795

Detroit, MI 48278-0795

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,060.40

---

**3.19** Nonpriority creditor's name and mailing address

Feldman Plumbing Company

Po Box 9700

College Sta, TX 77842-7700

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,573.00

---

**3.20** Nonpriority creditor's name and mailing address

First Glendenan Advisors LLC

C/O Andreas Vietor

5128 Applegate Lane

Dallas, TX 75287

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,320.09

---

**3.21** Nonpriority creditor's name and mailing address

Frontier

43218 Business Park Dr Ste 103

Temecula, CA 92590-3601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$823.81

---

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.22** Nonpriority creditor's name and mailing address

Gerstner Trust 12/19/2011, Gerald Lloyd

300 E 10th St

Frankfort, KS 66427-1243

Date or dates debt was incurred _____10/15/2020_____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Global Management Partners

1701 Directors Boulevard Suite 300

Austin, TX 78744

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Hamilton Clark Sustainable Cap

1701 Pennsylvania Avenue NW Suite 200

Washington, DC 20006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $19,527.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Hemken, Peter

1512 S 45th St

Wdm, IA 50265-5765

Date or dates debt was incurred _____10/15/2020_____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

IOWA COMMUNITY CAPITAL

915 8th St Ste 205

Boone, IA 50036-2921

Date or dates debt was incurred _____12/14/2019_____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $40,001.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note__

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Earth Energy Renewables, LLC** | Case number (if known) | **20-51780** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.27

**Nonpriority creditor's name and mailing address**
IOWA COMMUNITY CAPITAL

915 8th St Ste 205

Boone, IA 50036-2921

Date or dates debt was incurred **9/8/20**

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$120,000.00

---

### 3.28

**Nonpriority creditor's name and mailing address**
Jeffery Wooley

Po Box 2185

Canyon Lake, TX 78133-0009

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$153,716.97

---

### 3.29

**Nonpriority creditor's name and mailing address**
John Wooley

Po Box 684707

Austin, TX 78768-4707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$134,156.21

---

### 3.30

**Nonpriority creditor's name and mailing address**
Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

Date or dates debt was incurred **10/21/2019**

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

### 3.31

**Nonpriority creditor's name and mailing address**
Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

Date or dates debt was incurred **10/28/2019**

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.32** Nonpriority creditor's name and mailing address
Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

Date or dates debt was incurred   **11/4/19**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

**3.33** Nonpriority creditor's name and mailing address
Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

Date or dates debt was incurred   **11/11/2019**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

**3.34** Nonpriority creditor's name and mailing address
Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

Date or dates debt was incurred   **11/15/2019**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$23,514.00

---

**3.35** Nonpriority creditor's name and mailing address
Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

Date or dates debt was incurred   **11/25/2019**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

**3.36** Nonpriority creditor's name and mailing address
Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

Date or dates debt was incurred   **12/17/2019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

| Debtor | **Earth Energy Renewables, LLC** | Case number (if known) | **20-51780** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Convertible Note

Date or dates debt was incurred    12/23/2019

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

Keresa Plantation SDN BHD

Level 5 Tan Jugah Tower No. 18 Jalan

Tunku Abduk Rahman Kuching

Sarwawak, Malasia,

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Convertible Note

Date or dates debt was incurred    1/6/2020

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,200.00 |
|---|---|---|---|

Lipid Technologies LLC

1600 19th Ave Sw

Austin, MN 55912-1778

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,410.19 |
|---|---|---|---|

Lowes

3255 Freedom Blvd

Bryan, TX 77802

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,560.00 |
|---|---|---|---|

MCHAM LAW

9414 Anderson Mill Rd

Austin, TX 78729

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,925.11 |
|---|---|---|---|
| | Norton Rose Fulbright | ☐ Contingent | |
| | Po Box 122613 | ☐ Unliquidated | |
| | Dallas, TX 75312-2613 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,565.40 |
|---|---|---|---|
| | O'Keefe IP Counseling | ☐ Contingent | |
| | 8127 Mesa Dr. B206-62 | ☐ Unliquidated | |
| | Austin, TX 78759 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138,205.00 |
|---|---|---|---|
| | Omeara Consulting LLC | ☐ Contingent | |
| | 407 Sinclair Ave Se | ☐ Unliquidated | |
| | Cedar Rapids, IA 52403-1828 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | O'Meara, J. Tim | ☐ Contingent | |
| | 407 Sinclair Ave SE | ☐ Unliquidated | |
| | Cedar Rapids, IA 52403 | ☐ Disputed | |
| | | **Basis for the claim:** **Convertible Note** | |
| | Date or dates debt was incurred **10/15/2020** | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | O'Meara, J. Tim | ☐ Contingent | |
| | 407 Sinclair Ave SE | ☐ Unliquidated | |
| | Cedar Rapids, IA 52403 | ☐ Disputed | |
| | | **Basis for the claim:** **Convertible Note** | |
| | Date or dates debt was incurred **6/17/2019** | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$50,000.00**
O'Meara, J. Tim | *Check all that apply.*
| ☐ Contingent
407 Sinclair Ave SE | ☐ Unliquidated
Cedar Rapids, IA 52403 | ☐ Disputed
| **Basis for the claim:** **Convertible Note**
Date or dates debt was incurred **7/15/2019** | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,000.00**
O'Meara, Matt | *Check all that apply.*
| ☐ Contingent
8453 Se 63rd St | ☐ Unliquidated
Mercer Island, WA 98040-4924 | ☐ Disputed
| **Basis for the claim:** **Convertible Note**
Date or dates debt was incurred **10/15/2020** | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,202.39**
Praxair | *Check all that apply.*
| ☐ Contingent
Po Box 120812 | ☐ Unliquidated
Dallas, TX 75312-0812 | ☐ Disputed
| **Basis for the claim:** _____
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$326.36**
Puffer Sweiven | *Check all that apply.*
| ☐ Contingent
Po Box 301124 | ☐ Unliquidated
Dallas, TX 75303-1124 | ☐ Disputed
| **Basis for the claim:** _____
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,300.00**
Ramsey, Linda and Larry | *Check all that apply.*
| ☐ Contingent
1613 Oneida Ave | ☐ Unliquidated
Woodbine, IA 51579-4042 | ☐ Disputed
| **Basis for the claim:** **Convertible Note**
Date or dates debt was incurred **10/15/2020** | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$110,000.00**

Robson, Steve

9532 E Riggs Rd

Sun Lakes, AZ 85248-7463

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    **11/16/2018**

**Basis for the claim:** **Loan**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$150,000.00**

Robson, Steve

9532 E Riggs Rd

Sun Lakes, AZ 85248-7463

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    _____

**Basis for the claim:** **Advance**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,080.00**

Saenz

9155 White Creek Road

College Station, TX 77845

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

**Basis for the claim:** _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,000.00**

Sauter, James

2401 WHITE EAGLE TR SE

Cedar Rapids, IA 52403

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **10/15/2020**

**Basis for the claim:** **Convertible Note**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$85,220.55**

S-Con Services Inc

Po Box 394

Bryan, TX 77806-0394

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

**Basis for the claim:** _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**Service Tech**

**Po Box 1101**

**Bryan, TX 77806-1101**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,239.46**

---

**3.58** Nonpriority creditor's name and mailing address

**Steven Swanson Consulting LLC**

**11807 Legend Manor Dr**

**Houston, TX 77082-3079**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,500.00**

---

**3.59** Nonpriority creditor's name and mailing address

**Sun AM Development LLC**

**111 S Story St**

**Boone, IA 50036-4740**

Date or dates debt was incurred **9/6/2019**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

---

**3.60** Nonpriority creditor's name and mailing address

**Sun AM Development LLC**

**111 S Story St**

**Boone, IA 50036-4740**

Date or dates debt was incurred **10/15/2020**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

---

**3.61** Nonpriority creditor's name and mailing address

**Texas A & M University**

**Dept of Chemistry**
**Fin Mgmt Ops, AR Dept**

**6000 Tamu**

**College Sta, TX 77843-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$57,500.00**

---

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.22 |
|---|---|---|---|
| | VWR International LLC | ☐ Contingent | |
| | PO Box 640169 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Pittsburgh, PA 15264-0169 | **Basis for the claim:** _____ | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,192.31 |
|---|---|---|---|
| | Williams Scotsman, Inc | ☐ Contingent | |
| | Po Box 91975 | ☐ Unliquidated | |
| | Chicago, IL 60693-1975 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|
| | Zeep Incorporated | ☐ Contingent | |
| | 13505 Galleria Cir Ste W-200 | ☐ Unliquidated | |
| | Austin, TX 78738 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **McGinnis Lochridge**<br><br>**Michael Shaunnessy**<br>**April Lucas**<br><br>**600 Congress Ave Ste 2100**<br><br>**Austin, TX 78701-2986** | Line **3.52**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 | **McGinnis Lochridge**<br><br>**Michael Shaunnessy**<br>**April Lucas**<br><br>**600 Congress Ave Ste 2100**<br><br>**Austin, TX 78701-2986** | Line **3.53**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Earth Energy Renewables, LLC** | Case number *(if known)* | **20-51780** |
|---|---|---|---|
| | Name | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $174,309.66 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $2,030,118.56 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,204,428.22 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Fill in this information to identify the case: |
|---|

| Debtor name | Earth Energy Renewables, LLC |
|---|---|

United States Bankruptcy Court for the:

Western District of Texas

| Case number (if known): | 20-51780 | Chapter 11 |
|---|---|---|

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Note Purchase Agreement<br>Contract to be REJECTED | ARA EER Holdings, LLC<br>5300 Memorial Dr. Ste. 500<br>Houston, TX 77077 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Three portable buildings<br>Contract to be ASSUMED | Mod Space<br>10604 Wallisville Rd<br>Houston, TX 77013-4123 |
| | State the term remaining | 30 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Single Portable Building<br>Contract to be ASSUMED | Mod Space<br>10604 Wallisville Rd<br>Houston, TX 77013-4123 |
| | State the term remaining | 30 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Portable Building<br>Contract to be ASSUMED | Mod Space<br>10604 Wallisville Rd<br>Houston, TX 77013-4123 |
| | State the term remaining | 30 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Carboxylic Acid License<br>Contract to be ASSUMED | Keresa Plantation SDN BHD<br>Level 5 Tan Jugah Tower No. 18 Jalan<br>Tunku Abduk Rahman Kuching<br>Sarwawak, Malasia, |
| | State the term remaining | 321 months | |
| | List the contract number of any government contract | | |

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Third Amended Company Agreement | Members of Debtor |
| | | Contract to be ASSUMED | |
| | State the term remaining | 100 months | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Modular Building month to month | Willscot |
| | | Contract to be ASSUMED | 14207 W Hardy Rd |
| | State the term remaining | 1 months | Houston, TX 77060-4615 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name      Earth Energy Renewables, LLC |
| United States Bankruptcy Court for the: <br>      Western District of Texas |
| Case number (if known):      20-51780 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1   Jeffery Wooley | Po Box 2185 <br> Street <br><br> Canyon Lake, TX 78133-0009 <br> City        State    ZIP Code | Nalle, Alan | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Cobb, John Spencer | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Nalle, Alan | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Cobb, John Spencer | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Robson, Steve | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2   John Wooley | Po Box 684707 <br> Street <br><br> Austin, TX 78768-4707 <br> City        State    ZIP Code | Nalle, Alan | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Cobb, John Spencer | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Nalle, Alan | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor  Earth Energy Renewables, LLC                          Case number (if known)        20-51780
        Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| | | Cobb, John Spencer | ☑ D ☐ E/F ☐ G |
| | | Robson, Steve | ☐ D ☑ E/F ☐ G |

2.3 _____    _____
                 Street
                 _____
                 City        State     ZIP Code

2.4 _____    _____
                 Street
                 _____
                 City        State     ZIP Code

2.5 _____    _____
                 Street
                 _____
                 City        State     ZIP Code

2.6 _____    _____
                 Street
                 _____
                 City        State     ZIP Code

Fill in this information to identify the case:

Debtor name _____ Earth Energy Renewables, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ 20-51780 _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................................... | $392,745.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.................................................................................................. | $50,341,621.93

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................... | $50,734,366.93

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | $3,801,182.16

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | $174,309.66

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | **+** $2,030,118.56

4. **Total liabilities**................................................................................................................... | $6,005,610.38

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Earth Energy Renewables, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 20-51780 |

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: | From _01/01/2020_ to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year: | From _01/01/2019_ to _12/31/2019_<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $89,059.00 |
| For the year before that: | From _01/01/2018_ to _12/31/2018_<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _01/01/2020_ to Filing date<br>MM/ DD/ YYYY | | |
| For prior year: | From _01/01/2019_ to _12/31/2019_<br>MM/ DD/ YYYY     MM/ DD/ YYYY | | |
| For the year before that: | From _01/01/2018_ to _12/31/2018_<br>MM/ DD/ YYYY     MM/ DD/ YYYY | | |

| Debtor | Earth Energy Renewables, LLC | Case number (if known) | 20-51780 |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  See Attached List<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | | $1.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  see attached list |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See Attached List<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | | $0.00 | |
| **Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Earth Energy Renewables, LLC | Case number (if known) | 20-51780 |
|---|---|---|---|
| | Name | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>XXXX–___ ___ ___ ___ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. S-Con Service Inc. vs. Earth Energy Renewables, Jeffery Wooley and John Wooley<br><br>**Case number**<br>20-000212-CV-272 | Breach of Contract | District Court of Brazos County<br>Name<br>300 E 26th St Ste 1200<br>Street<br><br>Bryan, TX 77803-5361<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. SC Ventures vs. Earth Energy Renewables, John Wooley and Jeff Wooley<br><br>**Case number**<br>D-1-GN-19-003707 | Breach of Contract and Application for Receiver | Travis County District Court<br>Name<br>PO Box 1748<br>Street<br><br>Austin, TX 78767<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Debtor  Earth Energy Renewables, LLC
Name  _____  Case number *(if known)*  20-51780

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

| | | Street |
|---|---|---|

City          State     ZIP Code

| | Case number | |
|---|---|---|

Street

| | Date of order or assignment | City          State     ZIP Code |
|---|---|---|

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

| Recipient's relationship to debtor |
|---|

---

**Part 5:**  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Lyon, Frank B. | Retainer | 10/2/2020 | $5,000.00 |
| | **Address** | | | |
| | 3508 Far West Blvd. Suite 170 | | | |
| | Street | | | |
| | | | | |
| | Austin, TX 78731 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | Frank@franklyon.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Lyon, Frank B. | Retainer | 10/19/2020 | $25,000.00 |
| | **Address** | | | |
| | 3508 Far West Blvd. Suite 170 | | | |
| | Street | | | |
| | | | | |
| | Austin, TX 78731 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| Street | |
| | |
| City          State     ZIP Code | |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Earth Energy Renewables, LLC | Case number (if known) | 20-51780 |
|---|---|---|---|
| | Name | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City        State    ZIP Code

*Check all that apply:*

❑ Electronically

❑ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

❑ No

❑ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
|---|---|---|---|
| | Name | | |

| 18.1 | IBC Bank | XXXX– 3  3  0  6 | ☑ Checking | 4/30/2020 | $0.00 |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | | |
| | Po Box 659507 | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | San Antonio, TX 78265-9507 | | | | |
| | City          State      ZIP Code | | | | |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State      ZIP Code | | | |

Debtor    Earth Energy Renewables, LLC                                    Case number (if known)        20-51780
                Name

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.
    ☑ No
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | Street | _____ | ☐ Concluded |
| _____ | | | |
| | City          State     ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| Debtor | Earth Energy Renewables, LLC | Case number (if known) | 20-51780 |
|---|---|---|---|
| | Name | | |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Carl Frampton<br>Name<br><br>3838 Walden Estates Dr<br>Street<br><br>Montgomery, TX 77356-8917<br>City          State     ZIP Code | From  2012          To  Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Carl Frampton<br>Name<br><br>3838 Walden Estates Dr<br>Street<br><br>Montgomery, TX 77356-8917<br>City          State     ZIP Code | From  2012          To  Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | Earth Energy Renewables, LLC | Case number (if known) | 20-51780 |
| --- | --- | --- | --- |
| | Name | | |

| 26c.1. | **Name and address** | **If any books of account and records are unavailable, explain why** |
| --- | --- | --- |
| | Carl Frampton | |
| | Name | |
| | 3838 Walden Estates Dr | |
| | Street | |
| | | |
| | Montgomery, TX 77356-8917 | |
| | City                    State                    ZIP Code | |

| 26c.2. | **Name and address** | **If any books of account and records are unavailable, explain why** |
| --- | --- | --- |
| | Jeffery Wooley | |
| | Name | |
| | Po Box 2185 | |
| | Street | |
| | | |
| | Canyon Lake, TX 78133-0009 | |
| | City                    State                    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| 26d.1. | **Name and address** |
| --- | --- |
| | ARA EER Holdings, LLC |
| | Name |
| | 5300 Memorial Dr. Ste. 500 |
| | Street |
| | |
| | Houston, TX 77077 |
| | City                    State                    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| 27.1. | **Name and address of the person who has possession of inventory records** |
| --- | --- |
| | |
| | Name |
| | |
| | Street |
| | |
| | City                    State                    ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Debtor | Earth Energy Renewables, LLC | Case number *(if known)* | 20-51780 |
| | Name | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Jeffery Wooley | Po Box 2185 Canyon Lake, TX 78133-0009 | Manager, Membership interest | 18.06 % |
| John Wooley | Po Box 684707 Austin, TX 78768-4707 | Manager, Membership Interest | 18.06 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. See Attached List | | | |
| Name | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:** Signature and Declaration

| Debtor | Earth Energy Renewables, LLC | Case number (if known) | 20-51780 |
|---|---|---|---|
| | Name | | |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 11/16/2020 _____
MM/ DD/ YYYY

**X** /s/ Jeff Wooley _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor
_____ Manager _____

Printed name _____ Jeff Wooley _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Earth Energy Renewables, LLC

Case No. 20-51780-rbk

Attachment for Statement of Financial Affairs #3.1

Earth Energy Renewables LLC
Payments to Vendors >$6825 total
July 20, 2020 to October 20/2020

| Type | Date | Num | Name | Address | Memo | Credit |
|------|------|-----|------|---------|------|--------|
| Bill Pmt -Check | 07/21/2020 | 201753 | Dunaway/UDG | 550 Bailey Ave., Suite 400, Fort Worth, TX 76107 | Engineering commercial plant | $18,212.00 |
| Bill Pmt -Check | 07/21/2020 | wire | Loveless Law Group PLLC | 4760 Preston Rd, Suite 244-357, Frisco,TX 75034 | Legal fees | $14,045.00 |
| Check | 07/22/2020 | 201754 | AssurSteel LLC | 8867 FM1774, Navasota, TX 77868 | Engineering commercial plant | $7,500.00 |
| Check | 07/23/2020 | wire | Koch Project Solutions | 10300 Toen Park Dr, Suite 4050, Houston, TX 77072 | Engineering commercial plant | $10,000.00 |
| Bill Pmt -Check | 07/29/2020 | Wire | Hamilton Clark Sustainable Cap | 1701 Pennsylvania Ae NW, Ste 200 Washington, D.C. 20006 | Consulting Fees Financial | $12,500.00 |
| Check | 07/31/2020 | wire | Koch Project Solutions | 10300 Toen Park Dr, Suite 4050, Houston, TX 77072 | Engineering commercial plant | $10,000.00 |
| Bill Pmt -Check | 08/03/2020 | 201781 | EE-TDF Cleveland LLC | 1400 S travis Ave, Cleveland, TX 77327 | Consulting Fees Accounting | $7,500.00 |
| Check | 08/05/2020 | eftps | United States Treasury | | Payroll Taxes | $14,151.48 |
| Check | 08/12/2020 | wire | Loveless Law Group PLLC | 4760 Preston Rd, Suite 244-357, Frisco,TX 75034 | Legal fees | $13,243.00 |
| Check | 08/24/2020 | check | Rios Trucking | 7308 New Church Cemetery Rd, Hearne, TX 77859 | Civil works Commercial Plant | $25,000.00 |
| Check | 08/27/2020 | wire | Koch Modular Process Systems | 45 Eisenhower Dr, Suite 350, Paramus, NJ 07652 | Engineering commercial plant | $20,000.00 |
| Bill Pmt -Check | 09/01/2020 | 201841 | EE-TDF Cleveland LLC | 1400 S travis Ave, Cleveland, TX 77327 | Consulting Fees | $7,500.00 |
| Check | 09/03/2020 | 201848 | Rios Trucking | 7308 New Church Cemetery Rd, Hearne, TX 77859 | Civil works Commercial Plant | $25,000.00 |
| Check | 09/03/2020 | eftps | United States Treasury | | Payroll Taxes | $13,700.26 |
| Check | 09/10/2020 | wire | Loveless Law Group PLLC | 4760 Preston Rd, Suite 244-357, Frisco,TX 75034 | Legal fees | $11,913.00 |
| Check | 09/16/2020 | eftps | United States Treasury | | Payroll Taxes | $23,419.46 |
| Check | 09/16/2020 | eftps | United States Treasury | | Payroll Taxes | $1,580.54 |
| Check | 09/16/2020 | eftps | United States Treasury | | Payroll Taxes | $14,289.34 |
| Check | 09/17/2020 | wire | Michael Bowers | 366 Wardman Rd, Buffalo, NY 14217 | Consulting Fees | $16,200.00 |
| Wire | 10/02/2020 | wire | Frank Lyon | 3508 Far West Blvd, Suite 170, Austin, TX 78731 | Legal fees | $5,000.00 |
| Check | 10/02/2020 | 201918 | Texas A & M University Dept of Chemistry | Financial Management Ops, AR Department, 6000 TAMU, College Station, TX 77843 | Mark Holtzapple's Research | $10,657.50 |
| Bill Pmt -Check | 10/19/2020 | 201944 | EE-TDF Cleveland LLC | 1400 S travis Ave, Cleveland, TX 77327 | Consulting Fees | $7,500.00 |
| Check | 10/19/2020 | wire | Frank Lyon | 3508 Far West Blvd, Suite 170, Austin, TX 78731 | Legal fees | $25,000.00 |
| Bill Pmt -Check | 10/19/2020 | 201946 | Kenneth C Rosco | 16819 Ashbtidge Ct, Spring, TX 77319 | Consulting Fees | $8,325.00 |
| Bill Pmt -Check | 10/19/2020 | 201947 | Michael Bowers | 366 Wardman Rd, Buffalo, NY 14217 | Consulting Fees | $16,810.30 |
| Check | 10/20/2020 | eftps | United States Treasury | | Payroll Taxes | $13,957.26 |
| Check | 10/20/2020 | EFTPS | United States Treasury | | Payroll Taxes | $12,917.50 |
| Total | | | | | | $365,921.64 |

Earth Energy Renewables, LLC

Case No. 20-51780-rbk

Attachment for Statement of Financial Affairs #s 4.1 and 30.1

Earth Energy Renewables LLC. Insider Payments Year 10/20/2019-10/20/2020

| Type | | Date | Name | Memo | Debit | Credit | Jeffery Wooley | John Wooley | Omeara |
|---|---|---|---|---|---|---|---|---|---|
| Shareholder Loan | General Journal | 10/22/2019 | Jeffery Wooley | Jeff Wooley Advance | $20,000.00 | | | | |
| Shareholder Pay Back | General Journal | 10/23/2019 | Jeffery Wooley | Payback short term advance | | $20,000.00 | | | |
| Shareholder Loan | General Journal | 12/11/2019 | Jeffery Wooley | Jeff Wooley Adavnce short term | $5,000.00 | | | | |
| Shareholder Expenses | Bill Pmt -Check | 01/07/2020 | John Wooley | Expenses | | $1,000.00 | | $1,000.00 | |
| Shareholder Loan | General Journal | 01/15/2020 | Jeffery Wooley | Jeff Wooley Transfer | $1,500.00 | | | | |
| Shareholder Pay Back | General Journal | 01/16/2020 | Jeffery Wooley | payback Jeff Wooley ST Loan | | $1,500.00 | | | |
| | Bill Pmt -Check | 01/29/2020 | Jeffery Wooley | Consulting Comp | | $8,750.00 | $8,750.00 | | |
| | Bill Pmt -Check | 01/29/2020 | John Wooley | Consulting Comp | | $8,750.00 | | $8,750.00 | |
| | Bill Pmt -Check | 02/05/2020 | Jeffery Wooley | Consulting Comp | | $10,000.00 | $10,000.00 | | |
| | Bill Pmt -Check | 02/12/2020 | John Wooley | Consulting Comp | | $8,750.00 | | $8,750.00 | |
| Shareholder Loan | General Journal | 02/20/2020 | Jeffery Wooley | Advance Jeff Wooley | $36,000.00 | | | | |
| Shareholder Loan | General Journal | 02/20/2020 | Jeffery Wooley | Advance Jeff Wooley | $26,000.00 | | | | |
| | Bill Pmt -Check | 03/03/2020 | Jeffery Wooley | Consulting Comp | | $8,750.00 | $8,750.00 | | |
| | Bill Pmt -Check | 03/03/2020 | John Wooley | Consulting Comp | | $8,750.00 | | $8,750.00 | |
| | | 03/06/2020 | Omeara Consulting LLC | Consulting Comp | | $10,000.00 | | | $10,000.00 |
| | Bill Pmt -Check | 03/10/2020 | Jeffery Wooley | Consulting Comp | | $8,750.00 | $8,750.00 | | |
| | Bill Pmt -Check | 03/17/2020 | John Wooley | Consulting Comp | | $17,000.00 | | $17,000.00 | |
| | | 03/25/2020 | Omeara Consulting LLC | Consulting Comp | | $5,000.00 | | | $5,000.00 |
| | Bill Pmt -Check | 03/25/2020 | Jeffery Wooley | Consulting Comp | | $8,750.00 | $8,750.00 | | |
| | Bill Pmt -Check | 04/03/2020 | Jeffery Wooley | Consulting Comp | | $9,750.00 | $9,750.00 | | |
| | Bill Pmt -Check | 04/03/2020 | John Wooley | Consulting Comp | | $8,750.00 | | $8,750.00 | |
| | Bill Pmt -Check | 04/08/2020 | John Wooley | Expenses | | $2,628.76 | | $2,628.76 | |
| | Bill Pmt -Check | 04/16/2020 | Jeffery Wooley | Consulting Comp | | $17,500.00 | $17,500.00 | | |
| | Bill Pmt -Check | 04/20/2020 | John Wooley | Consulting Comp | | $17,500.00 | | $17,500.00 | |
| Shareholder Pay Back | Check | 04/28/2020 | Jeffery Wooley | Payback short term advance | | $39,145.32 | | | |
| | Bill Pmt -Check | 04/28/2020 | Jeffery Wooley | Consulting Comp and Expenses | | $12,961.21 | $12,961.21 | | |
| | Bill Pmt -Check | 04/28/2020 | John Wooley | Consulting Comp and Expenses | | $12,961.20 | | $12,961.20 | |
| | Bill Pmt -Check | 05/19/2020 | Omeara Consulting LLC | Consulting Comp | | $10,000.00 | | | $10,000.00 |
| | Bill Pmt -Check | 05/28/2020 | Jeffery Wooley | Consulting Comp | | $17,500.00 | $17,500.00 | | |
| | Bill Pmt -Check | 06/16/2020 | John Wooley | Consulting Comp | | $17,500.50 | | $17,500.50 | |
| | Bill Pmt -Check | 07/01/2020 | Jeffery Wooley | Consulting Comp | | $17,500.00 | $17,500.00 | | |
| | Bill Pmt -Check | 07/15/2020 | Omeara Consulting LLC | Consulting Comp | | $20,000.00 | | | $20,000.00 |
| | Bill Pmt -Check | 07/17/2020 | Jeffery Wooley | Consulting Comp | | $17,500.00 | $17,500.00 | | |
| | Bill Pmt -Check | 07/17/2020 | John Wooley | Consulting Comp | | $17,500.00 | | $17,500.00 | |
| | General Journal | 07/20/2020 | Omeara Consulting LLC | Consulting Comp | $10,000.00 | | | | |
| | Bill Pmt -Check | 08/12/2020 | Jeffery Wooley | Consulting Comp | | $17,500.00 | $17,500.00 | | |
| | Bill Pmt -Check | 08/21/2020 | John Wooley | Consulting Comp | | $17,500.00 | | $17,500.00 | |
| | Check | 08/24/2020 | Omeara Consulting LLC | Consulting Comp | | $5,000.00 | | | $5,000.00 |
| | Bill Pmt -Check | 09/14/2020 | Jeffery Wooley | Consulting Comp | | $17,500.00 | $17,500.00 | | |
| | Bill Pmt -Check | 09/17/2020 | John Wooley | Consulting Comp | | $8,750.00 | | $8,750.00 | |
| | Bill Pmt -Check | 10/16/2020 | Jeffery Wooley | Consulting Comp | | $3,000.00 | $3,000.00 | | |
| | Check | 10/19/2020 | Omeara Consulting LLC | Consulting Comp | | $5,000.00 | | | $5,000.00 |
| | Bill Pmt -Check | 10/19/2020 | Jeffery Wooley | Consulting Comp | | $5,750.00 | $5,750.00 | | |
| | Bill Pmt -Check | 10/19/2020 | John Wooley | Consulting Comp | | $8,750.00 | | $8,750.00 | |
| | Bill Pmt -Check | 10/19/2020 | John Wooley | Consulting Comp | | $8,750.00 | | $8,750.00 | |
| | | | | | $98,500.00 | $461,946.99 | | | |
| **Total** | | | | | **$98,500.00** | **$461,946.99** | $181,461.21 | $164,840.46 | $55,000.00 |