**The relief described hereinbelow is SO ORDERED.**

**Signed March 17, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **EARTH ENERGY RENEWABLES, LLC** | § § § | Case No. 20-51780-RBK |
| | § | **CHAPTER 11** |
| DEBTOR | § | **SUBCHAPTER V** |

### ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE A PLAN OF REORGANIZATION

Before the Court is Eric Terry, Chapter 11, Subchapter V Trustee's ("**Trustee**") *Second Motion*[1] *for Extension of Time to File a Plan of Reorganization* ("**Motion**"). The Court has jurisdiction over the Motion and the relief requested in the Motion pursuant to 28 U.S.C. § 1334. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and the Court may enter an Order on the Motion. The relief requested in the Motion is attributable to circumstances for

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

which the Debtor should not justly be held accountable, and the Trustee gave sufficient and proper notice of the Motion and related hearings. Therefore, it is **HEREBY ORDERED THAT:**

1. Pursuant to 11 U.S.C. § 1189(b), the time to file a plan of reorganization is hereby extended until April 30, 2021 without prejudice to additional extension requests.

2. The Court retains exclusive jurisdiction with respect to all matters arising or related to the implementation, interpretation, and enforcement of this Order.

**#END OF ORDER#**