| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Earth Energy Renewables LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **20-51780** |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*   **D**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 8, 2021**          X  /s/ Eric B. Terry
                                           Signature of individual signing on behalf of debtor

                                           **Eric Terry**
                                           Printed name

                                           **Subchapter V Trustee-in-Possession**
                                           Position or relationship to debtor

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Earth Energy Renewables LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 20-51780 |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **ARA EER Holdings, LLC**<br>Creditor's Name<br>5300 Memorial Dr.<br>Ste. 500<br>Houston, TX 77077<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>1/13/2020<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. ARA EER Holdings, LLC<br>2. Cobb, John Spencer<br>3. Nalle, Alan | **Describe debtor's property that is subject to a lien**<br>Intellectual Property - See Schedule B-60<br><br>**Describe the lien**<br>UCC-1 Statutory Lien - Principal plus accrued interest<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $2,967,484.10 | Unknown |
| **2.2** **Brazos County**<br>Creditor's Name<br>4151 County Park Ct<br>Kristeen Roe, Tax A/c<br>Bryan, TX 77802<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2018, 2019 and 2020<br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>Fork Lift - Ingersol Rand and FF&E<br><br>**Describe the lien**<br>Estimated Business Personal Property Taxes<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $30,965.81 | $0.00 |

| Debtor | Earth Energy Renewables LLC | Case number (if known) | 20-51780 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Cobb, John Spencer** | Describe debtor's property that is subject to a lien | $251,666.67 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Real Estate and Industrial Equipment** | | |

**10904 Enchanted Rock Cv**
**Austin, TX 78726-1336**
Creditor's mailing address

**Describe the lien**
**Security Agreement and Deed of Trust, Principal plus accrued interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/24/2017**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **Cobb, John Spencer and** | Describe debtor's property that is subject to a lien | $249,049.55 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fork Lift - Ingersol Rand, FF&E** | | |

**Nalle, Alan**
**10904 Enchanted Rock Cv**
**Austin, TX 78726-1336**
Creditor's mailing address

**Describe the lien**
**Joint Note - Security Agreement and UCC-1,**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/29/2015**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Nalle, Alan** | Describe debtor's property that is subject to a lien | $392,218.75 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Real Estate and Industrial Equipment** | | |

**54 Sundown Parkway**
**Austin, TX 78746**
Creditor's mailing address

**Describe the lien**
**Principal and interest; Security Agreement and Deed of Trust**

---

| Debtor | Earth Energy Renewables LLC | Case number (if known) | 20-51780 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred**<br>**January 24, 2017** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $3,891,384.88

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Foley & Lardner**<br>Attn: John Melko<br>1000 Louisiana St Ste 2000<br>Houston, TX 77002-2099 | Line **2.1** | |
| **McCreary Veselka Bragg & Allen**<br>Tara LeDay<br>PO Box 1269<br>Round Rock, TX 78680 | Line **2.2** | |
| **Nalle, Alan**<br>54 Sundown Parkway<br>Austin, TX 78746 | Line **2.4** | |
| **Richey, Ken**<br>1910 Justin Lane<br>Austin, TX 78757 | Line **2.3** | |
| **Richey, Ken**<br>1910 Justin Lane<br>Austin, TX 78757 | Line **2.4** | |
| **Richey, Ken**<br>1910 Justin Lane<br>Austin, TX 78757 | Line **2.5** | |