IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| EARTH ENERGY RENEWABLES, LLC | § § | CASE NO. 20-51780-RBK |
| Debtor. | § § | CHAPTER 11 |

### ORDER GRANTING MOTION OF CREDITORS
### SC VENTURES, LLC AND STEVE ROBSON
### PURSUANT TO MEDIATED SETTLEMENT AGREEMENT AND
### CONFIRMED PLAN OF REORGANIZATION
### TO ALLOW LITIGATION TO PROCEED AGAINST
### JOHN C. WOOLEY AND JEFFREY J. WOOLEY

Upon consideration of the Motion of Creditors SC Ventures, LLC and Steve Robson, Pursuant to a Mediated Settlement Agreement and Confirmed Plan of Reorganization, to Allow Litigation to Proceed Against John C. Wooley and Jeffrey J. Wooley, it is therefore

**ORDERED** that the Motion is granted. It is hereby ORDERED as follows:

(1) SCV is allowed to and may proceed against John C. Wooley and Jeffrey J. Wooley in the State Court Action brought by SCV in the 53rd District Court in Travis County, Texas, Cause No. D-1-GN-19-003707, *SC Ventures, LLC v. Earth Energy Renewables, LLC et al.*, in the causes of action asserted in the State Court Action and in similar claims against the Wooleys, excluding however Cause of Action No. 2—breach of contract claim against EER, which shall be nonsuited, Cause of Action No. 5—claim for breach of fiduciary duty, which shall be nonsuited, and the request for appointment of a receiver;

(2) SCV is allowed to and may proceed to obtain such judgment in the State Court Action as the State Court may determine;

(3) Robson is allowed to and may pursue his claims against John C. Wooley and Jeffrey J. Wooley for fraud, fraudulent inducement, statutory fraud and securities law violations relating to Robson's investment in EER and providing funds to EER, and similar claims, and to obtain such judgment against the Wooleys as a court of competent jurisdiction may allow;

(4) SCV and Robson are allowed to and may enforce such judgments, if any, as they may obtain against the Wooleys with respect to the claims referred to above, to the extent allowed by applicable law;

(5) and make take all of such actions without further order or leave of this Court.
.

**#END OF ORDER#**