IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EARTH ENERGY RENEWABLES, LLC, | § | CASE NO. 20-51780-RBK |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |
| | § | SUBCHAPTER V |

## NOTICE OF FILING OF CHAPTER 11 SUBCHAPTER V TRUSTEE'S FINAL REPORT AND ACCOUNT

**PLEASE TAKE NOTICE** that, Eric Terry, Subchapter V Trustee in the above referenced case, files the attached Chapter 11 Subchapter V Trustee's Final Report and Account.

Respectfully submitted,

ERIC TERRY LAW, PLLC
3511 Broadway
San Antonio, Texas 78209
Telephone: (210) 468-8274
Facsimile: (210) 319-5447
eric@ericterrylaw.com

 /s/ Eric B. Terry_____
Eric B. Terry, State Bar No. 00794729
*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 16th, 2023, a true and correct copy of this document was served, via Court's ECF System and/or via U.S. First Class Mail to the parties on the attached service list in this case.

 /s/ Eric Terry_____
Eric Terry

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| EARTH ENERGY RENEWABLES, LLC, | § § | CASE NO. 20-51780-RBK |
| Debtor. | § § § § | CHAPTER 11 SUBCHAPTER V |

CHAPTER 11 SUBCHAPTER V
TRUSTEE'S FINAL REPORT AND ACCOUNT

Eric B. Terry, chapter 11 trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1). The trustee declares under penalty of perjury as follows:

1) The case was filed on October 20, 2020.

2) The trustee was appointed on October 23, 2020.

3) The plan was confirmed on December 15, 2021 and was consensual.

4) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1193(b) on: NA.

5) The trustee filed action to remedy default by the reorganized debtor in performance under the plan on: NA.

6) The case was substantially consummated on January 4, 2022.

7) Number of months from filing or conversion to last payment: 2.

8) Number of months case was pending: 26.

9) Total value of assets abandoned by court order: $0

10) Total value of assets exempted: $0

11) Amount of unsecured claims discharged without full payment $314,453.84.

**UST Form 101-11(v)-FR 10/1/2019**

12) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,986,037.30 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$14,986,037.30** |

**Expenses of Administration:**
| | |
|---|---|
| Debtor Professional Fees | $169,586.17 |
| Trustee Professional Fees | $1,745,471.70 |
| Court Costs | $NA |
| Trustee Expenses & Compensation | $575,856.29 |
| Other – Business Operation Expenses | $1,689,875.12 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,180,789.28** |

| Creditor Name | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Addam Rufael | Unsecured | NA | $0 | $0 | $0 | $0 |
| Agilent Technologies | Unsecured | $7,088.50 | NA | $7,088.50 | $2,020.22 | $0 |
| Alan Nalle | Secured | $392,218.75 | Withdrawn | $483,736.00 | $483,736.00 | $0 |
| Alan Nalle and John Spencer Cobb | Secured | $249,049.55 | Withdrawn | $285,431.00 | $285,431.00 | $0 |
| Amando Maglinao | Unsecured | NA | $6,153.85 | $0 | $0 | $0 |
| American Biochemicals | Unsecured | $2,000.00 | NA | $2,000.00 | $570.00 | $0 |
| American Fire Protection Group | Unsecured | $516.63 | NA | $516.63 | $147.24 | $0 |
| AmeriState Bank | Unsecured | Unknown | NA | $0 | $0 | $0 |
| Aqua-Tech Laboratories Inc. | Unsecured | $403.00 | NA | $403.00 | $114.86 | $0 |
| ARA EER Holdings, LLC | Secured | $2,967,484.10 | Withdrawn | $7,890,952.80 | $7,890,952.80 | $0 |
| Arrow Engineering | Unsecured | $750.94 | NA | $750.94 | $214.02 | $0 |
| BMWK Group LLC | Unsecured | $25,000.00 | $29,524.00 | $0 | $0 | $0 |
| BMWK Group LLC | Unsecured | NA | $29,524.00 | $0 | $0 | $0 |
| Boo Bank & Trust Co. As Custodian of the Mark A. Edelman IRA | Unsecured | $106,016.67 | $170,000.00 | $0 | $0 | $0 |
| BOOTRUST- | Unsecured | NA | $100,000.00 | $0 | $0 | $0 |

UST Form 101-11(v)-FR 10/1/2019

| | | | | | | |
|---|---|---|---|---|---|---|
| Custodian FBO Mark A. Edelman IRA | | | | | | |
| Brazos County | Secured | $30,965.81 | $32,127.05 | $10,147.99 | $10,147.99 | $0 |
| Brazos County | Secured | NA | $98,480.49 | $98,480.49 | $98,480.49 | $0 |
| Brazos Valley Welding Supply | Unsecured | $206.58 | NA | $206.58 | $58.62 | $0 |
| Carl Frampton | Unsecured | $205.34 | $205.34 | $0 | $0 | $0 |
| Carl J. Vavra | Unsecured | $1,260.00 | NA | $1,260.00 | $359.10 | $0 |
| Cesar B. Granda | Unsecured | NA | $16,547.05 | $12,335.45 | $12,335.45 | $0 |
| Concurrencies | Unsecured | $160,000.00 | NA | $0 | $0 | $0 |
| Data Weighing Systems, Inc. | Unsecured | $1,780.00 | $1,780.00 | $0 | $0 | $0 |
| David C. Craig and Linda B Craig JTWROS | Unsecured | $25,027.78 | $26,661.11 | $0 | $0 | $0 |
| David C. Craig | Unsecured | NA | $25,000.00 | $0 | $0 | $0 |
| David C. Craig | Unsecured | NA | $20,000.00 | $0 | $0 | $0 |
| Dharma Susanto | Unsecured | NA | $0 | $0 | $0 | $0 |
| Dunaway/UDG | Unsecured | $6,320.45 | NA | $6,320.45 | $1,801.33 | $0 |
| Dunn Heat Exchangers, Inc | Unsecured | $5,196.00 | NA | $5,196.00 | $1,480.86 | $0 |
| Eddie Hare | Unsecured | $380.00 | NA | $380.00 | $108.30 | $0 |
| EE-TDF Cleveland LLC | Unsecured | $44,086.83 | $113,836.83 | $0 | $0 | $0 |
| EER DIP Group | Unsecured | NA | $60,000.00 | $650,943.97 | $650,943.97 | $0 |
| EER DIP Group | Unsecured | NA | $80,000.00 | $0 | $0 | |
| Endress + Hauser, Inc | Unsecured | $4,060.40 | NA | $4,060.40 | $1,157.21 | $0 |
| Feldman Plumbing Company – Michael Feldman | Unsecured | $1,573.00 | NA | $1,573.00 | $448.31 | $0 |
| Fin Mgmt Ops | Unsecured | $0.00 | NA | $0 | $0 | $0 |
| First Glendenan Advisors LLC | Unsecured | $7,320.09 | NA | $7,320.09 | $2,086.23 | $0 |
| Frontier | Unsecured | $823.81 | NA | $823.81 | $234.79 | $0 |
| Gerald Lloyd Gerstner Trust 12-19-11 | Unsecured | $10,011.11 | $0 | $0 | $0 | $0 |
| Global Management Partners | Unsecured | $5,000.00 | NA | $5,000.00 | $1,425.00 | $0 |
| Great Plains Analytical Lab | Unsecured | $4,929.00 | NA | $4,929.00 | $1,404.77 | $0 |
| Greg Sundberg | Unsecured | NA | $0 | $0 | $0 | $0 |
| Hamilton Clark Sustainable Cap | Unsecured | $19,527.06 | NA | $19,527.06 | $5,565.21 | $0 |
| Henry Royer | Unsecured | NA | $0 | $0 | $0 | $0 |
| Internal Revenue Service | Priority | $154,042.21 | $86,262.19 | $86,262.19 | $86,262.19 | $0 |
| Internal Revenue Service | Unsecured | NA | $39,212.10 | $39,212.10 | $11,175.45 | $0 |
| Iowa Community Capital | Unsecured | $162,707.72 | $120,000.00 | $0 | $0 | $0 |
| Iowa Community | Unsecured | NA | $40,001.00 | $0 | $0 | $0 |

**UST Form 101-11(v)-FR 10/1/2019**

| | | | | | | |
|---|---|---|---|---|---|---|
| Capital | | | | | | |
| James C Borel | Unsecured | $10,011.11 | NA | $0 | $0 | $0 |
| James V. Sauter | Unsecured | $10,011.11 | $10,000.00 | $0 | $0 | $0 |
| James V. Sauter | Unsecured | NA | $10,000.00 | $0 | $0 | $0 |
| Jeffery Wooley | Unsecured | $144,966.97 | $153,716.97 | $0 | $0 | $0 |
| Jeffery Wooley | Unsecured | NA | $0 | $0 | $0 | $0 |
| Jeffrey J. Wooley & John Wooley | Unsecured | NA | $0 | $0 | $0 | $0 |
| John B.F. O'Meara | Unsecured | NA | $0 | $0 | $0 | $0 |
| John Spencer Cobb | Secured | $251,666.67 | NA | $274,821.00 | $274,821.00 | $0 |
| John Timothy O'Meara | Unsecured | $94,830.56 | $10,000.00 | $0 | $0 | $0 |
| John Timothy O'Meara | Unsecured | NA | $25,000.00 | $0 | $0 | $0 |
| John Timothy O'Meara | Unsecured | NA | $50,000.00 | $0 | $0 | $0 |
| John Timothy O'Meara | Unsecured | NA | $20,000.00 | $0 | $0 | $0 |
| John Timothy O'Meara | Unsecured | NA | $60,500.00 | $0 | $0 | $0 |
| John Timothy O'Meara | Unsecured | NA | $10,644.44 | $0 | $0 | $0 |
| John Timothy O'Meara | Unsecured | NA | $30,444.4 | $0 | $0 | $0 |
| John Wooley | Unsecured | $116,656.21 | $134,156.97 | $0 | $0 | $0 |
| John Wooley | Unsecured | NA | $0 | $0 | $0 | $0 |
| Juan Zavala | Unsecured | NA | $14,400.00 | $9,692.00 | $9,692.00 | $0 |
| Jubo Zhang | Unsecured | NA | $16,500.00 | $11,008.00 | $11,008.00 | $0 |
| KDB Finance LLC, Subsidiary of SCV Ventures LLC | Unsecured | Unknown | $264,130.00 | $0 | $0 | $0 |
| Kemin Industries, Inc. | Unsecured | Unknown | Withdrawn | $0 | $0 | $0 |
| Kenneth C Rosco | Unsecured | $2,850.00 | NA | $2,850.00 | $812.25 | $0 |
| Keresa Plantation SDN BHD | Secured | $325,627.78 | $299,700.00 | $350,623.35 | $350,623.35 | $0 |
| Keresa Plantation SDN BHD | Unsecured | NA | $3,032,725.00 | $0 | $0 | $0 |
| Keresa Plantation SDN BHD | Unsecured | NA | $1,880,344.00 | $0 | $0 | $0 |
| Keresa Plantation SDN BHD | Unsecured | NA | $0 | $0 | $0 | $0 |
| Koch Project Solutions | Unsecured | NA | $17,500.00 | $0 | $0 | $0 |
| Larry & Linda Ramsey | Unsecured | $1,301.44 | $0 | $0 | $0 | $0 |
| Lipid Technologies LLC | Unsecured | $25,200.00 | NA | $25,200.00 | $7,182.00 | $0 |
| Litzen Process Consulting | Unsecured | $1,171.25 | NA | $1,171.25 | $333.81 | $0 |
| Lowes | Unsecured | $3,113.19 | NA | $3,113.19 | $887.26 | $0 |
| Madeleine C. O'Meara | Unsecured | NA | $0 | $0 | $0 | $0 |

**UST Form 101-11(v)-FR 10/1/2019**

| | | | | | | |
|---|---|---|---|---|---|---|
| Mary Zahner | Unsecured | $5,005.56 | NA | $0 | $0 | $0 |
| Matt O'Meara | Unsecured | $10,011.11 | $10,664.44 | $0 | $0 | |
| Matthew S. Cantu | Unsecured | NA | $9,086.00 | $6,058.70 | $6,058.70 | $0 |
| MCHAM LAW | Unsecured | $4,560.00 | NA | $4,560.00 | $1,299.60 | $0 |
| Michael Bowers | Unsecured | $5,511.64 | NA | $5,511.64 | $1,570.82 | $0 |
| Molly O. McCracken | Unsecured | NA | $0 | $0 | $0 | $0 |
| Norton Rose Fulbright | Unsecured | $28,925.11 | NA | $28,925.11 | $8,243.66 | $0 |
| O'Keefe IP Counseling | Unsecured | $12,565.40 | NA | $12,565.40 | $3,581.14 | $0 |
| Omeara Consulting LLC | Unsecured | $138,205.00 | $139,200.00 | $310,000.00 | $310,000.00 | $0 |
| Omeara Consulting LLC | Unsecured | NA | $139,200.00 | $0 | $0 | $0 |
| Peter C. Hemken Living Trust | Unsecured | $25,027.78 | $25,000.00 | $0 | $0 | $0 |
| Peter C. Hemken Living Trust | Unsecured | NA | $25,000.00 | $0 | $0 | $0 |
| Peter C. Hemken Living Trust | Unsecured | NA | $26,661.11 | $0 | $0 | $0 |
| Praxair | Unsecured | $2,957.90 | NA | $2,957.90 | $834.00 | $0 |
| Puffer Sweiven | Unsecured | $898.42 | $1,136.69 | $1,136.69 | $323.79 | $0 |
| Randall L. Reihmann Trustee for Randall L. Reihmann Revocable Trust | Unsecured | $15,016.67 | $15,983.01 | $0 | $0 | $0 |
| Randall L. Reihmann | Unsecured | NA | $15,983.01 | $0 | $0 | $0 |
| Rifat Mumith | Unsecured | NA | $4,724.54 | $0 | $0 | $0 |
| Robert G. Honts | Unsecured | NA | $0 | $0 | $0 | $0 |
| Robert Matt O'Meara | Unsecured | NA | $10,000.00 | $0 | $0 | $0 |
| S F Electric | Unsecured | $1,100.00 | NA | $1,100.00 | $316.36 | $0 |
| S-Con Services Inc | Unsecured | $101,644.25 | $101,644.25 | $101,644.25 | $28,974.31 | $0 |
| Saenz Cleaning | Unsecured | $1,080.00 | NA | $1,080.00 | $307.80 | $0 |
| SC Ventures LLC | Unsecured | Unknown | $250,000.00 | $0 | $0 | $0 |
| SC Ventures LLC | Unsecured | NA | $390,444.50 | $0 | $0 | $0 |
| Scarmardo Electric LLC | Unsecured | $1,000.00 | NA | $1,000.00 | $285.00 | $0 |
| Sean D. Newton | Unsecured | NA | $7,932.08 | $5,289.00 | $5,289.00 | $0 |
| Service Tech | Unsecured | $1,239.46 | NA | $1,239.46 | $353.25 | $0 |
| Shell International Exploration and Production Inc | Unsecured | NA | $87,500.00 | $87,500.00 | $22,800.00 | $0 |
| Steven Robson | Unsecured | Unknown | $250,000.00 | $167,500.00 | $167,500.00 | $0 |
| Steven Robson | Unsecured | NA | $250,000.00 | $0 | $0 | $0 |
| Steven Swanson Consulting LLC | Unsecured | $3,500.00 | NA | $3,500.00 | $997.50 | $0 |
| Steven V. Montgomery | Priority | NA | $13,650.00 | $0 | $0 | $0 |
| Steven V. Montgomery | Unsecured | NA | $23,821.64 | $3,500.00 | $3,500.00 | $0 |
| SunAm Development LLC | Unsecured | $31,709.73 | NA | $0 | $0 | $0 |

**UST Form 101-11(v)-FR 10/1/2019**

| | | | | | | |
|---|---|---|---|---|---|---|
| SunAm Properties LLC | Unsecured | NA | $25,000.00 | $0 | $0 | $0 |
| SunAm Properties LLC | Unsecured | NA | $5,000.00 | $0 | $0 | $0 |
| SunAm Properties LLC | Unsecured | NA | $0 | $0 | $0 | $0 |
| TEKSYS NET LLC | Unsecured | $1,588.35 | NA | $1,588.35 | $1,588.35 | $0 |
| Texas A & M University | Unsecured | $57,500.00 | $10,837.50 | $10,837.50 | $3,088.69 | $0 |
| Texas A&M AgriLife Extension Service | Unsecured | $180.00 | NA | $180.00 | $51.30 | $0 |
| Texas Department of Licensing | Unsecured | $140.00 | NA | $140.00 | $39.90 | $0 |
| U.S. Bank NA dba Elan Financial Services | Unsecured | $11,580.80 | $10,896.70 | $10,896.70 | $3,105.56 | $0 |
| VWR International LLC | Unsecured | $3,128.30 | NA | $3,128.30 | $891.57 | $0 |
| Williams Scotsman, Inc | Unsecured | $8,228.68 | Withdrawn | $0 | $21,029.65 | $0 |
| Wolfgang Verdegaal | Unsecured | $4,713.99 | $17,792.11 | $3,500.00 | $3,500.00 | $0 |
| Zeep Incorporated | Unsecured | $20,000.00 | NA | $20,000.00 | $5,700.00 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claims Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **SECURED PAYMENTS:** | $10,377,754.60 | $10,377,754.60 | NA |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | NA | NA | NA |
| Domestic Support Ongoing | NA | NA | NA |
| All Other Priority | $86,262.19 | $86,262.19 | NA |
| **TOTAL PRIORITY:** | $86,262.19 | $86,262.19 | NA |
| **GENERAL UNSECURED PAYMENTS:** | $655,688.07 | $341,234.23 | NA |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,180,786.28 |
| Disbursements to Creditors | $10,805,251.02 |
| **TOTAL DISBURSEMENTS:** | $14,986,037.30 |

13) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 08/16/2023     By: __/s/ Eric Terry, Subchapter V Trustee__
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-FR 10/1/2019