```
Label Matrix for local noticing        Earth Energy Renewables, LLC           United States Trustee - SA12
0542-5                                 Po Box 2185                            US Trustee's Office
Case 20-51780-rbk                      Attn Jeff Wooley, Manager              615 E Houston, Suite 533
Western District of Texas              Canyon Lake, TX 78133-0009             San Antonio, TX 78295-1601
San Antonio
Tue Aug 15 12:57:39 CDT 2023

U.S. BANKRUPTCY COURT                  59 Clean Technology SG PTE Ltd         AG Major Investments - Bauer
615 E. HOUSTON STREET, ROOM 597        61 UBI Road 1 #01-19G                  1667 Highway 71
SAN ANTONIO, TX 78205-2055             Oxley Bizhub                           Audubon, IA 50025-7529
                                       Singapore (408727)


ARA EER Holdings, LLC                  Addam Rufael                           Agilent Technologies
5300 Memorial Dr. Ste. 500             209 Davis St., #1                      4187 Collections Ce...
Houston, TX 77007-8228                 Bryan, TX 77801-2561                   Chicago, IL 60693-0001


Alan Nalle and John Spencer Cobb       Alan Nalle                             Amado Maglinao
Kenneth A. Richey, Sr.                 Kenneth A. Richey                      18000 Morning Dove Cir.
Richey & Paver, P.C.                   Richey& Paver, P.C.                    College Station, TX 77845-7143
1910 Justin Lane                       1910 Justin Lane
Austin, TX 78757-2492                  Austin, TX 78757-2492


AmeriState Bank                        American Biochemicals                  American Fire Protection Group
2410 Loy Lake Road                     2151 Harvey Mitchell Pkwy S            P.O. Box 74008409
Sherman, TX 75090-0204                 College Sta, TX 77840-5281             Chicago, IL 60674-8409


American Green Gasoline LLC            American Green Gasoline LLC            Aqua-Tech Laboratories Inc.
111 S Story Street                     111 South Story St                     635 Phil Gramm Blvd
Boone, IA 50036-4740                   Boone, IA 50036-4740                   Bryan, TX 77807-9104


Ara EER Holdings, LLC                  Arrow Engineering                      Aspen Technology, Inc.
c/o John P. Melko                      260 Pennsylvania Ave                   20 Crosby Drive
Foley & Lardner LLP                    Hillside, NJ 07205-2636                Bedford, MA 01730-1402
1000 Louisiana Street, Ste. 2000
Houston, TX 77002-5018


BMWK Group LLC                         BOOTRUST-Custodian FBO Mark A Edelman IRA   BOOTRUST-Custodian FBO Mark A. Edelman IRA
Po Box 6713                            111 South Story Street                     111 South Story Street
Bryan, TX 77805-6713                   Boone, Iowa  50036                         Boone, IA 50036-4740
                                       Boone, IA 50036-4740


Brazos County                          Brazos County                          Brazos Valley Welding Supply
Kristeen Roe, Tax A/c                  c/o Lee Gordon                         1359 Harvey Mitchell Parkway
4151 County Park Ct                    P.O. Box 1269                          Bryan, TX 77803-2064
Bryan, TX 77802-1430                   Round Rock, TX 78680-1269


Brendon Kuennen                        CardmemberVISA                         Carl Frampton
5711 Michael Dr                        PO Box 79408                           3838 Walden Estates Dr
Cedar Rapids, IA 52411-7927            Saint Louis, MO 63179-0408             Montgomery, TX 77356-8917
```

| | | |
|---|---|---|
| Carl J. Vavra<br>7160 Mockingbird Road<br>Brenham, TX 77833-1088 | Cesar B. Granda<br>5129 Bellerive Bend Dr.<br>College Station, TX 77845-4478 | Charles Rohde<br>2813 Indian Hill Rd.<br>Cedar Rapids, IA 52403-1533 |
| Colby Holding Family Limited Partnership<br>10182 Lancaster Ln<br>Osseo, MN 55369-3562 | Concurrencies<br>3311LB Dordrechi<br>Adriaan van Bleijenburgstraat 22<br>Kingdom of the Netherlands | Concurrencies<br>Adriaan van Bleijenburgstraat 22<br>3311LB Dordrechi<br>Kingdom of the Netherlands |
| Craig Byers<br>1022 44th Street SE<br>Cedar Rapids, IA 52403-3966 | Curtis Mether<br>2030 Laredo Ave<br>Logan, IA 51546-6059 | Daniel H. O'Meara<br>P.O. Box 1319<br>Summerland, CA 93067-1319 |
| Data Weighing Systems, Inc.<br>255 Mittel Dr.<br>Wood Dale, IL 60191-1117 | Dave Stevens<br>1005 C Street<br>Woodbine, IA 51579-1001 | David C. Craig<br>2905 Sylvania Drive<br>2905 Sylvania Drive<br>West Des Moines, IA 50266-2148 |
| David C. Craig and Linda B Craig Joint Tenants with right of survivorship<br>2905 Sylvania<br>West Des Moines, IA 50266-2148 | David Craig<br>2905 Sylvania Drive<br>West Des Moines, IA 50266-2148 | David M. & Patricia A. Stevens<br>1005 C Street<br>Woodbine, IA 51579-1001 |
| David M. Austgen<br>c/o Pacific Northwest National Laborator<br>P O Box 999<br>Richland, WA 99352-0999 | DeFreitas Nutrition<br>2625 North Loop Drive<br>Suite 2622<br>Ames, IA 50010-8233 | Delta Triage LLC<br>21126 Kings River Point<br>Kingwood, TX 77346-1492 |
| Dunaway/UDG<br>550 Bailey Ave, Suit...<br>Fort Worth, TX 76107-2155 | Dunn Heat Exchangers, Inc<br>Po Box 644003<br>Dallas, TX 75264-4003 | Dwight Hughes<br>5201 Nursery Rd<br>Cedar Rapids, IA 52404-7146 |
| EE-TDF CLEVELAND LLC<br>1400 S Travis Avenue<br>1400 S Travis Avenue<br>Cleveland, TX 77327-8403 | EE-TDF Cleveland LLC<br>1400 S Travis Ave<br>Cleveland, TX 77327-8403 | EER DIP Group<br>111 South Story Street<br>Boone, IA 50036-4740 |
| EER DIP Group, LLC<br>c/o J Scott Rose<br>Jackson Walker LLP<br>112 E Pecan Street, Suite 2400<br>San Antonio, TX 78205-1510 | Eddie Hare<br>5855 Foster Rd<br>Bryan, TX 77807-9771 | Endress + Hauser, Inc<br>Dept 78795<br>Detroit, MI 48278-0795 |
| Feldman Plumbing Company<br>Po Box 9700<br>College Sta, TX 77842-7700 | First Glendenan Advisors LLC<br>C/O Andreas Vietor<br>5128 Applegate Lane<br>Dallas, TX 75287 | Frontier<br>43218 Business Park Dr Ste 103<br>Temecula, CA 92590-3601 |

| | | |
|---|---|---|
| Gale Cook & Kendra K. Cook<br>1315 Meadowlark Ln<br>Sabetha, KS 66534-1548 | Gary D Edelman & Marilyn Edelman Trust<br>2324 T Road<br>Sabetha, KS 66534-2223 | Gary J. Streit<br>1646 Timberlake Dr<br>Cedar Rapids, IA 52403-4744 |
| Gary Rich<br>65182 730th Street<br>Anita, IA 50853-8134 | Gerald Lloyd Gerstner Trust 12-19-11<br>300 East 10th Street<br>Frankfort, KS 66427-1243 | Global Management Partners<br>1701 Directors Boulevard Suite 300<br>Austin, TX 78744-1044 |
| Great Plains Analytical Lab<br>9503 N. Congress Ave.<br>Kansas City, MO 64153-1811 | Greg Sundberg<br>1242 30th Street SE<br>Cedar Rapids, IA 52403-3512 | Guy H. Wendler<br>3850 Cottage Grove Ave SE<br>Cedar Rapids, IA 52403-2125 |
| Hamilton Clark Sustainable Cap<br>1701 Pennsylvania Avenue NW Suite 200<br>Washington, DC 20006-5823 | Henry Royer<br>330 Rosedale Rd SE<br>Cedar Rapids, IA 52403-7043 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Iowa Community Capital<br>111 South Story Street<br>Boone, IA 50036-4740 | Jack C. Goralnik<br>15 Brookside Lane<br>Saint Louis, MO 63124-1814 | Jacob Blasingame<br>4050 Eastchester Dr., Apt. 807<br>Bryan, TX 77802-4790 |
| James C Borel<br>6597 Nicholas Blvd Apt 1701<br>Naples, FL 34108-7272 | James C Borel<br>6597 Nicholas Blvd Unit #1701<br>Naples, FL 34108-7272 | James V. Sauter<br>2401 White Eagle Tr SE<br>1340 Hawkeye Drive<br>Cedar Rapids, IA 52233-1108 |
| Jeffery Wooley<br>Po Box 2185<br>Canyon Lake, TX 78133-0009 | Jeffrey J Wooley<br>Box 2185<br>Canyon Lake, TX 78133-0009 | Jeffrey J Wooley & John Wooley<br>Box 2185<br>Canyon Lake, TX 78133-0009 |
| Jeremy & Kristin Price<br>2937 N Center Point Rd<br>Cedar Rapids, IA 52411-9508 | John B.F. O'Meara<br>8453 SE 63rd Street<br>Mercer Island, WA 98040-4924 | John D Noell<br>5707 Southwest Parkway<br>Building 2, Ste. 250<br>Austin, TX 78735-6213 |
| John Mark Stern<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | John R 'Chip' Duncan III<br>215 Caernarvon Rd<br>Wales, WI 53183-9624 | John Spencer Cobb<br>Kenneth A. Richey, Sr.<br>Richey & Paver, P.C<br>1910 Justin Lane<br>Austin, TX 78757-2492 |
| John Timothy O'Meara<br>407 Sinclair Ave SE<br>407 Sinclair Ave SE<br>Cedar Rapids, IA 52403-1828 | John Wooley, Trustee<br>12313 Pratolina Dr.<br>Austin, TX 78739-1967 | Juan Zavala<br>3710 Bridle Trails Court<br>College Station, TX 77845-4497 |

| | | |
|---|---|---|
| Jubo Zhang<br>1111 Hopewell Ct.<br>College Station, TX 77845-4099 | KDB Finance, LLC<br>c/o William H. Daniel<br>McGinnis Lochridge LLP<br>600 Congress Ave., Suite 2100<br>Austin, TX 78701-2986 | KEMIN INDUSTRIES, INC.<br>ELIZABETH A. NELSON<br>1900 SCOTT AVENUE<br>DES MOINES, IA 50317-1138 |
| Karen S. Rich<br>65182 730th Street<br>Anita, IA 50853-8134 | Kemin Industries, Inc.<br>c/o Deborah D. Williamson<br>Dykema Gossett PLLC<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205-1521 | Kemin Industries, Inc.<br>c/o Elizabeth B. Vandesteeg<br>Levenfeld Pearlstein, LLC<br>2 N. LaSalle Street, Suite 1300<br>Chicago, Illinois 60602-3709 |
| Ken Rosco<br>2 MGT, LLC<br>11601 Spring Cypress Rd<br>Tomball, TX 77377-8913 | Kenneth C Rosco<br>16819 Ashbridge Ct<br>Spring, TX 77379-4487 | Keresa Plantation Sdn Bhd<br>c/o Ray Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 |
| Koch Modular Process Systems LLC<br>45 Eisenhower Drive, Suite 350<br>Paramus, NJ 07652-1443 | Koch Project Solutions<br>10300 Town Park Dr Suite 1070<br>Houston, TX 77072-5236 | Larry & Linda Ramsey<br>1613 Oneida Ave<br>Woodbine, IA 51579-4042 |
| Lawrence Ellis<br>4306 N. Quinlan Park Rd, Apt. 2206<br>Austin, TX 78732-0003 | Lipid Technologies LLC<br>1600 19th Ave Sw<br>Austin, MN 55912-1778 | Litzen Process Consulting<br>601 Kansas City Street, Suite #4<br>Rapid City, SD 57701-3640 |
| Logos Technologies LLC<br>2701 Prosperity Ave<br>Fairfax, VA 22031-4313 | Lowes<br>3255 Freedom Blvd<br>Bryan, TX 77802 | MCHAM LAW<br>9414 Anderson Mill Rd<br>Austin, TX 78729-4429 |
| Madeline C. O'Meara<br>8453 SE 63rd Street<br>Mercer Island, WA 98040-4924 | Mary Zahner<br>1454 260th St<br>Modale, IA 51556-4005 | Matt O'Meara<br>8453 Se 63rd St<br>Mercer Island, WA 98040-4924 |
| Matthew S. Cantu<br>21 Gramercy Park Dr. Apt 1614<br>Bryan, TX 77802-4539 | Maureen M. Sheehy Revocable Trust dtd<br>dtd 4-10-08<br>1958 Common Way Rd<br>Orlando, FL 32814-6332 | McCreary Veselka Bragg & Allen<br>Tara LeDay<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| Michael Bowers<br>366 Wardman Rd<br>Buffalo, NY 14217-2910 | (c)MICHAEL L. O'DELL<br>1803 BLOOMINGTON RD<br>MARION IA 52302-9616 | Mod Space<br>10604 Wallisville Rd<br>Houston, TX 77013-4123 |
| Molly O. McCracken<br>226 27th Street Dr. SE<br>Cedar Rapids, IA 52403-1632 | Murphy Legal<br>Attn: Paul W. Murphy<br>3008 Barron Road<br>College Station, TX 77845-9132 | Norton Rose Fulbright<br>Po Box 122613<br>Dallas, TX 75312-2613 |

| | | |
|---|---|---|
| O'Keefe IP Counseling<br>8127 Mesa Dr. B206-62<br>Austin, TX 78759-8774 | Omeara Consulting LLC<br>407 Sinclair Ave Se<br>Cedar Rapids, IA 52403-1828 | PENSCO Trust Company Custodian<br>FBO Wesley P. Graff, IRA<br>1560 Broadway, Suite 400<br>Denver, CO 80202-5158 |
| Paul A. Fouts<br>PO Box 139<br>Woodbine, IA 51579-0139 | Peter C. Hemken Living Trust<br>1512 S 45TH ST<br>WEST DES MOINES, IA 50265-5765 | Peter Chang<br>61 UBI ROAD #01-19G<br>Singapore |
| Phyllis Findley, Trustee<br>Box 2185<br>Canyon Lake, TX 78133-0009 | Praxair<br>Po Box 120812<br>Dallas, TX 75312-0812 | Puffer Sweiven<br>Po Box 301124<br>Dallas, TX 75303-1124 |
| Randall L. Reihmann<br>6261 Tidewater Island Circle<br>6261 Tidewater Island Circle<br>Fort Myers, FL 33908-4686 | Rich Ag Inc<br>60628 750th Street<br>Anita, IA 50020-8838 | Richey, Ken<br>1910 Justin Lane<br>Austin, TX 78757-2492 |
| Rifat Mumith<br>2301 Eastmark Dr., Apt. 3508<br>College Station, TX 77840-4010 | Robert G. Honts<br>620 Oaks Office Park<br>10713 Ranch Road 620 N, Suite 511<br>Austin, TX 78726-1771 | Robert Matt O'Meara<br>21314 tramp harbor rd<br>21314 tramp harbor rd<br>vashon, WA 98070-6706 |
| S F Electric<br>8475 Edge School House Rd.<br>Hearne, TX 77859-9478 | S-Con Service, Inc.<br>Murphy Legal<br>3008 Barron Road<br>College Station 77845-9132 | S-Con Services Inc<br>Po Box 394<br>Bryan, TX 77806-0394 |
| SC Ventures, LLC<br>c/o Michael A. Shaunessy<br>600 Congress Avenue, Suite 2100<br>Austin, TX 78701-2986 | SC Ventures/Steve Robson<br>c/o April E. Lucas<br>McGinnis Lochridge LLP<br>600 Congress Ave., Suite 2100<br>Austin, TX 78701-2986 | Saenz<br>9155 White Creek Road<br>College Station, TX 77845-6123 |
| Scarmardo Electric LLC<br>17252 Macey Road<br>Hearne, TX 77859-9456 | Scott Byers<br>3501 Ellwinn Ln SE<br>Cedar Rapids, IA 52403-1971 | Sean D. Newton<br>2030 Brisbane Way<br>Bryan, TX 77807-1539 |
| Service Tech<br>Po Box 1101<br>Bryan, TX 77806-1101 | Shell International Exploration & Produc<br>150 N Dairy Ashford<br>Houston, TX 77079-1115 | Shell International Exploration and Producti<br>c/o Shell Oil Company<br>Attn: Bankruptcy & Credit<br>150 N. Dairy Ashford Rd.<br>Houston, TX 77079-1115 |
| Small Business Administration<br>409 3rd St, SW<br>Washington, DC 20416-0002 | Stephanie S Ballard Wisconsin<br>Revocable Trust<br>2175 Cottage Grove Lane Place SE<br>Cedar Rapids, IA 52403-1601 | Stephen V. Montgomery<br>2886 County Road 332<br>Caldwell, TX 77836-7409 |

| | | |
|---|---|---|
| Steve Robson<br>c/o Michael A. Shaunessy<br>600 Congress Avenue, Ste. 2100<br>Austin, TX 78701-2986 | Steve S. Robson<br>9532 E. Riggs Rd.<br>Sun Lakes, AZ 85248-7463 | Steven Robson<br>William Daniel / McGinnis Lochridge LLP<br>600 Congress Avenue, Suite 2100<br>Austin, TX 78701-2986 |
| Steven Swanson Consulting LLC<br>11807 Legend Manor Dr<br>Houston, TX 77082-3079 | Sudduth Search<br>1327 Lehman<br>Houston, TX 77018-1314 | SunAm Properties, LLC<br>c/o Mark A. Edelman<br>111 South Story Street<br>Boone, IA 50036-4740 |
| Ted and Donna Bauer<br>1667 Highway 71<br>Audubon, IA 50025-7529 | Teksys Net LLC<br>formerly Systek Computing, Inc.<br>1742 N Earl Rudder Fwy<br>Bryan, TX 77808-5407 | Texas A & M University<br>Dept of Chemistry<br>Fin Mgmt Ops, AR Dept<br>6000 Tamu<br>College Sta, TX 77843-0001 |
| Texas A&M AgriLife Extension Service<br>Attn: Banking and Receivables Department<br>PO Box 10420<br>College Station, TX 77842-0420 | Texas Department of Licensing<br>PO Box 12157<br>Austin, TX 78711-2157 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| The Gorman Reynolds Company LLC<br>1961 DeFoor Ave, NW #3<br>Atlanta, GA 30318-0406 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | United States of America<br>c/o J. Zachary Balasko<br>U.S. Department of Justice<br>P.O. Box 875, Ben Franklin Station<br>Washington, DC 20044-0875 |
| VWR International LLC<br>PO Box 640169<br>Pittsburgh, PA 15264-0169 | Waddell Holding Ltd<br>202 Kim Seng Rd 08#07<br>Singapore 239496 | Warner Advisors LLC<br>Attn: Mark Warner<br>24154 IH 10 West,<br>Suite 217, PMB 261<br>San Antonio, TX 78257 |
| Williams Scotsman, Inc<br>Po Box 91975<br>Chicago, IL 60693-1975 | Wolfgang M. Verdegaal<br>3704 Oak Ridge Drive<br>Bryan, TX 77802-3426 | (p)ZEEP INCORPORATED<br>ATTN CHERYL OLIGNEY<br>13501 GALLERIA CIRCLE STE W-200<br>AUSTIN TX 78738-7032 |
| Dean William Greer<br>Dean W. Greer<br>2929 Mossrock<br>Suite 204<br>San Antonio, TX 78230-5116 | Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>300 E. 8th St. MS 5026 AUS<br>Austin, TX  78701 | Zeep Incorporated<br>13505 Galleria Cir Ste W-200<br>Austin, TX 78738 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Michael L. O'Dell
1833 Bloomington Rd
Marion, IA 52302

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Dharma Susanto<br>Nusa Loka Blok CI/03, Sector XIV-4<br>BSD City, Tangerang 15318 | (u)Keresa Plantation SDN BHD<br>Tunku Abduk Rahman Kuching<br>Level 5 Tan Jugah Tower No. 18 Jalan<br>Sarwawak, Malasia | (d)Williams Scotsman, Inc<br>Po Box 91975<br>Chicago, IL 60693-1975 |

End of Label Matrix
Mailable recipients    172
Bypassed recipients      3
Total                  175